IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MICHAEL BUFFER and READY TO RUMBLE, LLC, <br> Plaintiffs, <br><br> v. <br><br> 1) GRM COMMUNICATIONS, INC. d/b/a RADIO STATION XHNZ, d/b/a LA ZETA RADIO DE NETA; and <br> 2) GRUPO RADIO CENTRO, S.A.B. DE C.V. d/b/a RADIO STATION XHNZ d/b/a LA ZETA RADIO DE NETA and d/b/a GRUPO RADIO CENTRO d/b/a GRUPO RADIO CENTRO MEXICO d/b/a ORGANIZATION RADIOCENTRO; and <br> 3) DOES 1-10, <br> Defendants. | § § § § § § § § § § § § § § § § § | EP-10-CV-364-DB |

### FINAL JUDGMENT

On this day, the Court entered an order granting the Parties' agreed motion to dismiss and vacating the Court's interlocutory default judgment. The order dismissed the above-captioned cause with prejudice. The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**.

**SIGNED** this **20th** day of **April 2012**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**